St. Lawrence Factory Stores, Appellant, v Ogdensburg Bridge and Port Authority, Respondent.

Submitted March 30, 2015; decided May 12, 2015

Motion by the Associated General Contractors of New York State for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Viviane Etienne Medical Care, P.C., as Assignee of Alem Cardenas, Respondent, v Country-Wide Ins. Co., Appellant.

Submitted May 4, 2015; decided May 12, 2015

Motion to file brief to reply to response to amici curiae submission denied.

Hassan O.G. Alamin, Appellant, v Shake Uddin et al., Respondents.

Submitted April 6, 2015; decided May 14, 2015

Motion for reargument denied [see 24 NY3d 1205 (2015)].

Judges Stein and Fahey taking no part.